UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Cook Medical, Inc.,*
*Pelvic Repair System Products Liability Litigation*
*MDL No. 2440*
Civil Action No. 2:14-22561

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate the Master Complaint in MDL No. 2440 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

    Elizabeth Baker

2. Plaintiff Spouse (if applicable)

    Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    Not applicable

4. State of Residence

    Kentucky

5. District Court and Division in which venue would be proper absent direct filing

    U. S. District Court for the Western District of Kentucky

    Paducah Division

6. Defendants (Check Defendants against whom Complaint is made):

    ☑    A. Cook Incorporated

Revised: 05/28/14

☑ B. Cook Biotech, Inc.

☑ C. Cook Medical, Inc.

☐ D. American Medical Systems, Inc. ("AMS")

☐ E. Ethicon, Inc.

☐ F. Johnson & Johnson

☐ G. Boston Scientific Corporation

☐ H. C. R. Bard, Inc. ("Bard")

☐ I. Sofradim Production SAS ("Sofradim")

☐ J. Tissue Science Laboratories Limited ("TSL")

☐ K. Mentor Worldwide LLC

☐ L. Coloplast Corp.

☐ M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐ N. Neomedic International, S.L.

☐ O. Neomedic Inc.

☐ P. Specialities Remeex International, S.L.

7. Basis of Jurisdiction

☑ Diversity of Citizenship

☐ Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

1,2,3,4,5,6,7,8,9,10,11,12,13

_____

2

B. Other allegations of jurisdiction and venue

Not applicable

_____

_____

_____

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ A. Biodesign® or Surgisis® Tension-Free Urethral Sling;
- ☐ B. Biodesign® or Surgisis® Urethral Sling;
- ☐ C. Stratasis™ Urethral Sling;
- ☐ D. Biodesign® or Surgisis® Anterior Pelvic Floor Graft;
- ☐ E. Biodesign® or Surgisis® Posterior Pelvic Floor Graft;
- ☑ F. Biodesign® or Surgisis® 4-Layer Tissue Graft;
- ☐ G. Biodesign® or Surgisis® 1-Layer Tissue Graft;
- ☐ H. Biodesign® or Surgisis® 8-Layer Tissue Graft;
- ☐ I. Biodesign® or Surgisis® Vaginal Erosion Repair Graft;
- ☐ J. Biodesign® or Surgisis® Peyronie's Repair Graft;
- ☐ K. Cook Pelvic Repair Product(s), specific product name(s) unknown at present;
- ☐ L. Non-Cook Pelvic Repair Product(s) known as _____; and/or
- ☐ M. Other: _____

_____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

- ☐ A. Biodesign® or Surgisis® Tension-Free Urethral Sling;
- ☐ B. Biodesign® or Surgisis® Urethral Sling;
- ☐ C. Stratasis™ Urethral Sling;

3

☐     D. Biodesign® or Surgisis® Anterior Pelvic Floor Graft;

☐     E. Biodesign® or Surgisis® Posterior Pelvic Floor Graft;

☑     F. Biodesign® or Surgisis® 4-Layer Tissue Graft;

☐     G. Biodesign® or Surgisis® 1-Layer Tissue Graft;

☐     H. Biodesign® or Surgisis® 8-Layer Tissue Graft;

☐     I. Biodesign® or Surgisis® Vaginal Erosion Repair Graft;

☐     J. Biodesign® or Surgisis® Peyronie's Repair Graft;

☐     K. Cook Pelvic Repair Product(s), specific product name(s) unknown at present;

☐     L. Non-Cook Pelvic Repair Product(s) known as _____; and/or

☐     M. Other: _____

10. Date of Implantation as to Each Product

    11/22/2006

11. Hospital(s) where Plaintiff was implanted (including City and State)

    Vanderbilt University Medical Center

    Nashville, TN

12. Implanting Surgeon(s)

    Dr. Carl Zimmerman

13. Counts in the Master Complaint brought by Plaintiff(s)

    ☑     Count I - Negligence

    ☑     Count II - Strict Liability – Manufacturing Defect

    ☑     Count III - Strict Liability – Failure to Warn

4

- ☑ Count IV - Strict Liability – Defective Product
- ☑ Count V - Strict Liability – Design Defect
- ☑ Count VI – Common Law Fraud
- ☑ Count VII - Fraudulent Concealment
- ☑ Count VIII - Constructive Fraud
- ☑ Count IX - Negligent Misrepresentation
- ☑ Count X - Breach of Express Warranty
- ☑ Count XI - Breach of Implied Warranty
- ☑ Count XII - Violation of Consumer Protection Laws
- ☑ Count XIII - Gross Negligence
- ☑ Count XIV - Unjust Enrichment
- ☐ Count XV - (By the Spouse) – Loss of Consortium
- ☑ Count XVI - Punitive Damages
- ☑ Count XVII - Discovery Rule and Tolling
- ☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

_____
_____
_____
_____
_____
_____
_____

s/ _____
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

MARK W. DAVIS, ESQUIRE          MARK W. DAVIS, ESQUIRE
MS BAR NO. 5840
DAVIS & CRUMP, P. C.
1712 15TH STREET, 3RD FLOOR
GULFPORT, MS  39501
(228) 863-6000
(228) 864-0907 (facsimile)
markdavis@daviscrump.com

6